**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HUTTON TOYS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NINGBO WINPEX IMP. & EXP. CO., LTD. d/b/a COSSY TIME, HANGZHOU TUOXIANG TECHNOLOGY CO., LTD. d/b/a GOTOY, and JOHN DOE COMPANIES 1 – 11 <br><br> Defendants. | Case No. 19-cv-07571 |

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Hutton Toys, LLC, hereby dismisses this action with prejudice as to Ningbo Winpex Imp. & Exp. Co., Ltd. d/b/a Cossy Time ("Cossy Time") and Hangzhou Tuoxiang Technology Co., Ltd. d/b/a Go Toy ("Go Toy") only. With each party responsible for its costs and attorneys' fees.

Filed this 6th day of December 2019

        Respectfully submitted,

        HUTTON TOYS, LLC

        */s/ Christopher W. Niro*

Christopher W. Niro
cniro@agdglaw.com
Kristina D. Diesner
kdiesner@agdglaw.com
ARONBERG GOLDGEHN DAVIS & GARMISA
330 N. Wabash Ave., Suite 1700
Chicago, IL 60611
312-755-3161

4844-4462-5582 v.1

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1) was filed with the Clerk of Court using the CM/ECF system and a hard and electronic copy was mailed to:

Jonathan Uffelman
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue
NW, Washington, DC 20001-4413
202-408-4328
jonathan.uffelman@finnegan.com

Cathy
Yuhang Qu Yuhang Jiedao Keji Dadao 18hao
2 zhuang 2lou 202 shi
Hangzhou Zejiang
cathy2tsefforts@foxmail.com

                                                */s/ Kristina D. Diesner*